IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01398-AP

MARCE C. MURINO,

       Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

       Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

**1.    APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:

Robert K. Gruber, Esq.
3500 South Wadsworth Blvd., Suite 215
Lakewood, CO 80235-2383
Phone: 303-986-6400
bobgruber@earthlnk.net

For Defendant:

TROY A. EID
United States Attorney
KURT J. BOHN
Assistant U.S. Attorney
DEBRA J. MEACHUM
Special Assistant U.S. Attorney
1961 Stout St., Suite 1001A
Denver, Colorado  80294
Telephone: (303) 844-1570
debra.meachum@ssa.gov

**2.      STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.      DATES OF FILING OF RELEVANT PLEADINGS**

   A.    **Date Complaint Was Filed:**  July 18, 2006
   B.    **Date Complaint Was Served on U.S. Attorney's Office:**  July 21, 2006
   C.    **Date Answer and Administrative Record Were Filed**:  September 19, 2006

**4.      STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

Plaintiff states that the record is incomplete and that medical records from the Denver VA Medical Center, Compensation and Pension Examinations, and Veterans Administration rating decisions need to be included as part of the record.  These records have been provided to Defendant and will be attached to Plaintiff's Opening Brief.

Defendant states that the certified record is complete and that additional evidence submitted to the Court cannot be made part of the certified transcript of record, but will be addressed in her response brief for the Court's consideration, pursuant to *Chambers v. Barnhart*, 389 F.3d 1139, 1142 (10th Cir. 2004) (whether additional evidence not contained in the certified record qualifies as new, material, and chronologically relevant is a question of law subject to *de novo* review before the reviewing Court).

**5.      STATEMENT REGARDING ADDITIONAL EVIDENCE**

Plaintiff has discussed the additional evidence with Defendant and has provided the Denver VA Medical Center records, Compensation and Pension Examinations, and Veterans Administration rating decisions to Defendant.

Counsel for Defendant will review the additional evidence with her client to determine if it warrants seeking voluntary remand.   If not, Defendant will address the additional evidence in her response brief.

**6.      STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

To the best of their knowledge, both parties state that the case raises no unusual claims or defenses.

**7.   OTHER MATTERS**

None.

**8.   PROPOSED BRIEFING SCHEDULE**
Because of workload and holiday schedules, counsel for Defendant requests additional time, until December 29, 2006, to file a response brief.

   A.   **Plaintiff's Opening Brief Due:**         November 20, 2006
   B.   **Defendant's  Response Brief Due:**   December 29, 2006
   C.   **Plaintiff's  Reply Brief (If Any) Due:** January 15, 2007

**9.   STATEMENTS REGARDING ORAL ARGUMENT**

Plaintiff does not request oral argument.
Defendant does not request oral argument.

**10.   CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

   A.   **( )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**
   B.   **(X)  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.   OTHER MATTERS**

Parties filing motions for extension of time or continuances must comply with D.C.COLO.LCivR 7.1(C) by submitting proof that a copy of the motion has been served upon the moving attorney's client, all attorneys of record, and all pro se parties.

**12.   AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended upon a showing of good cause.

DATED this 11th day of October, 2006.

             BY THE COURT:

              S/John L. Kane
             U.S. DISTRICT COURT JUDGE

APPROVED:

s/Robert K. Gruber 10/10/06

Robert K. Gruber, Esq.
3500 South Wadsworth Blvd., Suite 215
Lakewood, CO 80235-2383
Phone: 303-986-6400
bobgruber@earthlnk.net

Attorney for Plaintiff

TROY A. EID
UNITED STATES ATTORNEY

KURT J. BOHN
Assistant U.S. Attorney
kurt.bohn@usdoj.gov

s/Debra J. Meachum 10/10/06
By: Debra J. Meachum
Special Assistant U.S. Attorney
1961 Stout St., Suite 1001A
Denver, Colorado  80294
Telephone: (303) 844-1570
debra.meachum@ssa.gov
Attorneys for Defendant.

4