IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **06-cv-1398-AP**

**MARCE C. MURINO,**

        Plaintiff,

v.

**LINDA S. McMAHON, Acting Commissioner of Social Security,**

        Defendant.

## ORDER

Kane, J.

        This matter is before the Court on Defendant's Unopposed Motion to Remand (doc. #21), filed January 23, 2007 This Court has reviewed the file and considered the motion.  It is hereby

        **ORDERED** that the motion is **GRANTED**.  This civil action is remanded to Defendant for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

        Dated:  January 23, 2007

        BY THE COURT:

        *S/John L. Kane*
        JOHN L. KANE, SENIOR JUDGE
        UNITED STATES DISTRICT COURT