IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **06-cv-1398-AP**

**MARCE C. MURINO,**

        Plaintiff,

v.

**LINDA S. McMAHON, Acting Commissioner of Social Security,**

        Defendant.

## ORDER

Kane, J.

This matter is before the Court on Plaintiff's Application for Award of Attorney Fees Under the Equal Access to Justice Act (doc. #24), filed February 19, 2007.  I have reviewed the application, the response, and the reply and find as follows:

Plaintiff is awarded EAJA fees in the amount of $7,318.73.

Dated:  March 19, 2007

                                  BY THE COURT:

                                  *S/John L. Kane*
                                  JOHN L. KANE, SENIOR JUDGE
                                  UNITED STATES DISTRICT COURT